**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| WINIFRED DAVIS, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:17-CV-3347-N-BH |
| | § | |
| MEGAN J. BRENNAN, POSTMASTER, | § | |
| U.S. POSTAL SERVICE, et al. | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Brennan's Partial Motion to Dismiss Other Defendants and Brief in Support*, filed March 6, 2018 (doc. 25), is **GRANTED**. By separate judgment, all of the plaintiff's claims against defendants Greg Lambert and Karl Stephens will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

**SIGNED this 30th day of July, 2018.**

_____
**UNITED STATES DISTRICT JUDGE**