# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WINIFRED DAVIS, § | |
| Plaintiff, § | |
| § | Civil Action No. 3:17-CV-3347-N-BH |
| v. § | |
| § | |
| MEGAN J. BRENNAN, POSTMASTER, § | |
| U.S. POSTAL SERVICE, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant's Motion for Summary Judgment*, filed January 31, 2019 (doc. 49), is **GRANTED**. By separate judgment, all of the plaintiffs' claims against the Postmaster General of the United States Postal Service will be **DISMISSED with prejudice.**

**SIGNED** this 19th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE